No. 92-033

IN THE SUPREME COURT OF THE STATE OF MONTANA

1992

WAYNE JENNINGS,

      Plaintiff and Respondent,

-vs-

YOLANDA BLAKELY,

      Defendant and Appellant.


APPEAL FROM:   District Court of the Eighteenth Judicial District,
In and for the County of Gallatin,
The Honorable Larry W. Moran, Judge presiding.


COUNSEL OF RECORD:

      For Appellant:

          Yolanda Blakely, Pro Se, Three Forks, Montana

      For Respondent:

          Wayne Jennings, Attorney at Law, Bozeman, Montana


Submitted on Briefs:  June 26, 1992

Decided: July 7, 1992

FILED

Filed:

JUL - 7 1992

Ed Smith

CLERK OF SUPREME COURT
STATE OF MONTANA

Clerk

Chief Justice J. A. Turnage delivered the Opinion of the Court.

Yolanda Blakely (Blakely) appeals a December 11, 1991 judgment of the Eighteenth Judicial District, Gallatin County, awarding Wayne Jennings (Jennings) $951.97 in damages for attorney fees and services. We affirm.

We rephrase the issue as follows:

Did the District Court err in not allowing witness testimony concerning Jennings' attorney fees and services?

Blakely argues that "[t]he Judge did not allow my main witness to testify as to Attorney Jennings [sic] billing discripancies [sic] and overcharges, and double charging for hours of services never preformed [sic]." Blakely further argues in rebuttal that this main witness is her husband, Howard Blakely. Blakely's argument lacks merit. The record indicates that Blakely never attempted to call her husband as a witness at the December 2, 1991 hearing. The record indicates that 1) her husband interrupted the proceeding and attempted to speak on Blakely's behalf, and 2) the District Court properly admonished him not to interrupt the proceeding. Furthermore, the record supports by clear and convincing evidence that the attorney fees and services charged by Jennings to Blakely were fair and reasonable and Blakely failed to present a valid reason why she should be excused from paying them.

Pursuant to Section I, Paragraph 3(c), Montana Supreme Court Operating Rules, this decision shall not be cited as precedent and

shall be published by its filing as a public document with the Clerk of this Court and by a report of its result to West Publishing Company.

_____
Chief Justice

We concur:

_____

_____

_____

_____
Justices

3

July 7, 1992

## CERTIFICATE OF SERVICE

I hereby certify that the following order was sent by United States mail, prepaid, to the following named:


YOLANDA BLAKELY
1250 Carpenter Drive
Three Forks, MT 59752


WAYNE JENNINGS
Attorney at Law
P.O. Box 1625
Bozeman, MT 59715

ED SMITH
CLERK OF THE SUPREME COURT
STATE OF MONTANA

BY: _____
Deputy